THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM JAY, as Executor and Trustee under the Will of KATHARINE R. FIELD, Deceased, Appellant, *v.* FRANK A. O'DONNEL et al., Forming the Board of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Jay* v. *O'Donnel,* 112 App. Div. 899, affirmed.
(Argued June 4, 1906; decided June 19, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 9, 1906, which affirmed an order of Special Term quashing a

writ of certiorari and confirming the proceedings of the defendants in assessing the relator for taxes for the year 1904.

*Flamen B. Candler* for appellant.

*John J. Delany, Corporation Counsel (George S. Coleman* and *Curtis A. Peters* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD. T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.